COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-04-097-CV

IN RE STEVE GEORGE TEPP RELATOR

------------

ORIGINAL PROCEEDING

------------

MEMORANDUM OPINION
(footnote: 1)
------------

The court has considered relator’s petition for writ of habeas corpus and is of the opinion that relief should be denied.  Accordingly, relator’s petition for writ of habeas corpus is denied.

PER CURIAM

PANEL B: DAUPHINOT, WALKER, and MCCOY,  JJ.

DELIVERED: April 7, 2004

FOOTNOTES
1:
See
 
Tex. R. App. P. 47.4.